# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO. 5:09CR38 -RLV

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | **SCHEDULING ORDER** |
| ) | |
| JEFFREY DAN HINSON, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on an Order (Doc. No.33) granting Defendant's Motion for Reconsideration in Civil Case No. 5:16CV1, To Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, filed on July 5, 2016.

**IT IS, THEREFORE, ORDERED** that**:**

The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of JEFFREY DAN HINSON (USM# 22734-058), for re-sentencing on October 3, 2016, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than September 16, 2016, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

Signed: August 2, 2016

Richard L. Voorhees
United States District Judge