IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:09CR38 -RLV

FILED
STATESVILLE, N.C.

AUG 2 5 2016

U.S. District Court
Western District of N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JEFFREY DAN HINSON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on a Joint Motion For Time Served Sentence filed on August 22, 2016. (Doc.#37)

This matter is currently scheduled for a Resentencing Hearing on October 3, 2016. However, the Court has reviewed the Motion and agrees with both parties that a sentence of "time-served" is warranted, and that a resentencing hearing is unnecessary.

**IT IS, THEREFORE, ORDERED** that:

1. The Resentencing Hearing scheduled for October 3, 2016, is cancelled.

2. The Clerk's Office prepare an Amended Judgment with a sentence of time-served, and adopts the previous Judgment in all expects except for the change in the term of imprisonment.

3. The Clerk's Office send a copy of this order to the Bureau of Prison, United States Attorney's Office, defense counsel, United States Marshal, and the Defendant Jeffrey Hinson.

Signed: August 24, 2016

Richard L. Voorhees
United States District Judge